IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

—————————————————————

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

—————————————————————

This Document Relates to Plaintiff(s)
 Stephanie Powe _____

 Civil Case #__ 3:16-cv-331 _____

---

## SHORT FORM COMPLAINT

---

       COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Stephanie Powe _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Pennsylvania _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of Pennsylvania, Pittsburgh Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction)

   Paragraphs 27-28 (Venue)

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☑   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of Implantation as to each product:

    9/15/2006 _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UPMC Presbyterian Shadyside, Pittsburgh, PA _____

    _____

13. Implanting Physician(s):

    Dr. Hans Christoph Pape, Dr. Juan Carlos Puyana, and/or Dr. Edmunds

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑   Count I:     Strict Products Liability – Failure to Warn

    ☑   Count II:    Strict Products Liability – Design Defect

    ☑   Count III:   Negligence

    ☑   Count IV:    Negligence Per Se

3

☑ Count V:        Breach of Express Warranty

☑ Count VI:       Breach of Implied Warranty

☑ Count VII:      Violations of Applicable <u>Pennsylvania</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:     Loss of Consortium

☐ Count IX:       Wrongful Death

☐ Count X:        Survival

☑ Count XI:       Punitive Damages

☐ Other:          _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:          _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   <u>Wendy R. Fleishman, Daniel E. Seltz, Annesley H. DeGaris</u>

16. Address and bar information for Attorney for Plaintiff(s):

   Annesley H. DeGaris (AL State Bar No. 9182-A63A)
   DeGaris Law Group, LLC
   3179 Green Valley Road, 235
   Birmingham, AL 35243

4

Wendy R. Fleishman (NY State Bar No. 2500429)

Daniel E. Seltz (NY State Bar No. 4261616)

Lieff Cabraser Heimann & Bernstein, LLP

250 Hudson Street, 8th Floor, New York, NY 10013-1413

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman
Daniel E. Seltz
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Phone: (212) 355-9500
Fax: (212) 355-9592
wfleishman@lchb.com
dseltz@lchb.com

Annesley H. DeGaris
**DEGARIS LAW GROUP, LLC**
3179 Green Valley Road, 235
Birmingham, AL 35243
Phone: (205) 558-9000
Fax: (205) 647-3354
adegaris@degarislaw.com

*Attorneys for Plaintiff*

5

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on March 25, 2016  a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square, #1400
Indianapolis, IN 46204

Bard K. Brian
222 Kentucky Avenue, Suite l0
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328